ON MOTION

*ORDER*

Petitioner having filed the required Statement Concerning Discrimination, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 60 days from the date of this order.

Keith Russell Judd, Texarkana, TX, pro se.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**FEDERAL PRISON INDUSTRIES, INC., BOARD OF DIRECTORS, Defendant–Appellee.**

No. 2009–1552.

United States Court of Appeals, Federal Circuit.

Sept. 22, 2009.

**In re SANG–HYUN JU, Mu–Hyun Kim, Jang–Hyuk Kwon, Sung–Chul Kim, Ho–Kyoon Chung, Byung–Doo Chin, Seong–Taek Lee and Samsung Mobile Display Co., Ltd.**

No. 2009–1446.

United States Court of Appeals, Federal Circuit.

Sept. 22, 2009.